AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Maria Luisa CHUB-Caal de choc | ) ) ) ) ) ) ) )  Case No. |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 10, 2026 _____ in the county of _____ Webb _____ in the _____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | A citizen of Guatemala, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States in Laredo, Texas the said Defendant having not obtained the consent of the United States Attorney General (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. |

This criminal complaint is based on these facts:

On or about April 10, 2026 the defendant Maria Luisa CHUB-Caal De Choc was apprehended in Laredo, Texas. After a brief interview it was determined that, Maria Luisa CHUB-Caal De Choc was an undocumented alien from Guatemala and subsequently placed under arrest. Further investigation revealed that Maria Luisa CHUB-Caal De Choc was previously REMOVED from the United States on 11/29/2023 at El Paso, Tx. There is no record that Maria Luisa CHUB-Caal De Choc has applied for or received permission from the United States Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

☐ Continued on the attached sheet.

/S/Anthony Guzman

*Complainant's signature*

Anthony Guzman            Border Patrol Agent

*Printed name and title*

Sworn to before me and signed in my presence,

Submitted by reliable electronic means
per Fed.R.Crim.P. 4.1, Anthony Guzman
sworn to on April 13, 2026,
at Laredo, Texas.

Christopher dos Santos
United States Magistrate Judge