**STATEMENT IN
SUPPORT OF PROBABLE CAUSE**

IN RE:   Maria Luisa CHUB-Caal de choc

I, Juan R. Botello Jr., declare and state as follows:

On or about April 10, 2026 the defendant Maria Luisa CHUB-Caal De Choc was apprehended in Laredo, Texas.  After a brief interview it was determined that, Maria Luisa CHUB-Caal De Choc was an undocumented alien from Guatemala and subsequently placed under arrest.  Further investigation revealed that Maria Luisa CHUB-Caal De Choc was previously REMOVED from the United States on 11/29/2023 at El Paso, Tx.  There is no record that Maria Luisa CHUB-Caal De Choc has applied for or received permission from the United States Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on the 11th day of April, 2026 at Laredo, Texas

_____
Juan R. Botello Jr.
Border Patrol Agent
United States Border Patrol

_____