**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

UNITED STATES OF AMERICA

vs

Maria Luisa Chub–Caal de choc
*Defendant*

ORDER OF TEMPORARY
DETENTION PENDING HEARING
PURSUANT TO BAIL REFORM ACT

Case Number: 5:26–mj–01397

      Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for April 17, 2026 at 10:00 AM before United States Magistrate Judge Christopher dos Santos at 1300 Victoria, Courtroom 3C, Laredo, Texas 78040. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

Christopher dos Santos
United States Magistrate Judge

Date: **April 13, 2026**