## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| United States of America | § § § | |
| *versus* | § § | Criminal No. 5:26–cr–01207 |
| Maria Luisa Chub–Caal de Choc | § § § | |

### DEFENDANT'S WRITTEN WAIVER OF ARRAIGNMENT

Pursuant to Federal Rule of Criminal Procedure 10(b), the undersigned Defendant, affirming that s/he has been charged via indictment or misdemeanor information and has received a copy thereof, HEREBY pleads not guilty to the charges contained therein, requests a trial by jury, and waives appearance at the arraignment scheduled in this case for **May 7, 2026, at 10:00 AM before Magistrate Judge Brian C Bajew**.

Respectfully submitted on _____ *May 6, 2026* _____.

_Maria Luisa Chub- Caal deChoc_
Printed Name of Defendant

X _(signature)_
Signature of Defendant

_Myrna G. Montemayor_
Printed Name of Attorney

_M. Montemayor_
Signature of Attorney

**NOTE:** To enter a plea of not guilty and waive appearance at arraignment, file this completed waiver with the court under **Waivers**, using event **Waiver of Presence at Arraignment**, no later than *48 hours* prior to the scheduled arraignment. When the waiver is properly filed, the Arraignment is automatically canceled and removed from the court's calendar, and the case will proceed as laid out in the Scheduling Order.